```
ANNIE MAE CROSBY                KLS FINANCIAL SERVICES
22 BABA LANE                    ATTN: BANKRUPTCY
BASSFIELD, MS 39421             991 AVIATION PARKWAY
                                 STE 500
                                MORRISVILLE, NC 27560


THOMAS C. ROLLINS, JR.          LENDMARK FINANCIAL SER
THE ROLLINS LAW FIRM, PLLC      2549 WHISKEY RD
P.O. BOX 13767                  AIKEN, SC 29803
JACKSON, MS 39236



21ST MORTGAGE CORP              MARION FINANCE
POB 477                         805 MAIN ST
KNOXVILLE, TN 37902             COLUMBIA, MS 39429



COVINGTON COUNTY BANK           MOHELA
102 S DOGWOOD AVE               ATTN: BANKRUPTCY
COLLINS, MS 39428               P.O.BOX 9635
                                WILKES BARR, PA 18773



CREDIT COLLECTION SERV          THOMAS BOOTH
ATTN: BANKRUPTCY                5502 N WILLIAMSBURG RD
725 CANTON ST                   BASSFIELD, MS 39421
NORWOOD, MA 02062



DIGESTIVE DISEASE CENT          WESLEY HEALTH SYSTEM
100 METHODIST HOSPITAL          5001 HARDY ST
HATTIESBURG, MS 39402           HATTIESBURG, MS 39402



EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016



FRANCISCAN MISSIONARI
969 LAKELAND DR
JACKSON, MS 39216



KEESLER FCU
ATTN: BANKRUPTCY DEPT
2602 PASS RD
P.O.BOX 7001
BILOXI, MS 39531
```