MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re: __ANNIE MAE CROSBY__                              Case No.: __25-51226 KMS__

_____
Debtor(s)                                                Chapter: __13__

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, __KEESLER FEDERAL CREDIT UNION_____, a
[Name of Corporate Party]

[Check One]

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

[                                                                  ]

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: __08/28/2025__         /S/ROBERT ALAN BYRD_____
                             Attorney Signature

                             ROBERT ALAN BYRD          7651
                             Attorney Name             State Bar Number
                             PO DRAWER 1939
                             Address
                             BILOXI, MS  39533
                             City, State, and Zip Code
                             228-432-8123       rab@byrdwiser.com
                             Telephone Number   Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**