# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

Form #

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| 3MW5R1J02M8B72409 | BMW | 2021 | 330I | SD | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 12/06/2024 | | 4 | USED | PC | 44718 ACTUAL |

**OWNER(S)**
BOOTH, ANNIE
22 BABA LN
BASSFIELD MS 39421-4375

**BRANDS**

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**
EXETER FINANCE
PO BOX 677
WILMINGTON OH 45177-0677

**DATE** 11/19/2024

**2ND LIENHOLDER**

**DATE**

**MAIL TO**

EXETER FINANCE
PO BOX 677
WILMINGTON OH 45177-0677

LIEN SATISFACTION THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ BY _____
           (LIENHOLDER)                              (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
           (LIENHOLDER)                              (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 6TH DAY OF DECEMBER 20 24

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

**Exhibit B**

VOID IF ALTERED

***NOTICE  ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW***

Federal and State Law requires that you state the mileage in connection with the transfer of ownership  Failure to complete  or providing a false statement  may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address  with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits

☐ 2  The odometer reading is not the actual mileage
       WARNING   ODOMETER DISCREPANCY

**SELLER**
Signature(s) _____ Printed Name(s) _____ Date of Sale _____

I am aware of the above odometer certification made by seller'
**BUYER**
Signature(s) _____ Printed Name(s) _____

### FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address  with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits

☐ 2  The odometer reading is not the actual mileage
       WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

I am aware of the above odometer certification made by seller
**BUYER**
Signature(s) _____ Printed Name(s) _____

### SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address  with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits

☐ 2  The odometer reading is not the actual mileage
       WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

I am aware of the above odometer certification made by seller'
**BUYER**
Signature(s) _____ Printed Name(s) _____

### THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address  with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits

☐ 2  The odometer reading is not the actual mileage
       WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

I am aware of the above odometer certification made by seller
**BUYER**
Signature(s) _____ Printed Name(s) _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

**SCRAPPED  DISMANTLED  OR DESTROYED VEHICLE**  This is to be filled in by Vehicle Owner  Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue  I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped  dismantled  or destroyed on _____ 20 _____ Owner's Signature