UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:  ANNIE MAE CROSBY                              Chapter 13
                                                     Case No:25-51226 KMS

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1.  11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **1. The Plan payment should be $2,440, per Sch J.  2. In 3.1(a), the arrearage month and resuming on-going month are not specified.  3. In 3.2, the Claim filed by Keesler on a 2020 Ford Edge does not contain evidence of the debt set out in the Plan.  4. In 3.3, the $5834 Lendmark Claim is not purchase money and not a 910 type claim.  5. In 3.3, the Debtor proposes to retain a 2021 BMW that is not running, with a $33K debt that is an additional vehicle.  (sjd)**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1.  That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.

2.  The Trustee hereby objects to any amended plan filed hereafter.

25-51226 KMS                OBJECTION TO CONFIRMATION OF                Page 2 of 2
                                       INITIAL PLAN

3.   That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated:  10/13/2025                                          /s/  Samuel Duncan
                                                            _____
                                                            Samuel Duncan, Attorney
                                                            for Chapter 13 Trustee
                                                            P.O. Box 566
                                                            Hattiesburg, MS  39403
                                                            (601) 582-5011
                                                            Miss. Bar No. 6234
                                                            sduncan@rawlings13.net

                                    **CERTIFICATE OF SERVICE**

        I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of
the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street,
Suite 6-430, Jackson, Mississippi  39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS
39236.

        So certified on this 13th of October, 2025.

                                                            /s/  Samuel Duncan
                                                            _____
                                                            Samuel Duncan