_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 28, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                               CHAPTER 13 PROCEEDING
  ANNIE MAE CROSBY                                         25-51226 KMS
  22 BaBa Lane
  Bassfield, MS  39421                                      SSN:  XXX-XX-7132

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  LAMAR COUNTY SCHOOL DISTRICT
  ATTN: PAYROLL
  424 MARTIN LUTHER KING DRIVE
  PURVIS, MS  39475

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net