# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51226  **Case Name:** Annie Mae Crosby

**Set:** 11/18/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

> Objection to Confirmation filed by Exeter Finance LLC (Dkt. #24) - AGREED ORDER TO BE SUBMITTED BY MEYER; CALLED IN BY MEYER
>
> Objection to Confirmation filed by the Trustee (Dkt. #29) - RESET TO 12/16/25 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Meyer to submit an Agreed Order on the Objection filed by Exeter Finance LLC [24]. Order due by 12/02/2025. The Objection filed by the Trustee (Dkt. #29) is reset to 12/16/25. Confirmation hearing removed. (mcc)