IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                   BANKRUPTCY CASE NO. 25-51226--KMS
ANNIE MAE CROSBY,
F/K/A ANNIE MAE BOOTH                             CHAPTER 13

## ORDER

**THIS MATTER** having come on for consideration on the Motion for Relief from Stay and for Other Relief [Dkt # ___ filed on behalf of the creditor, 21st Mortgage Corporation (hereinafter "21st Mortgage") represented to the Court that the Motion was filed in accordance with all applicable rules and no response was filed. The Court having considered same with regard to the property, a 2021 Hamilton, model no. Hodges, manufactured home, the Court does hereby find and order as follows:

**THAT** 21st Mortgage's Motion is granted.

**THAT** the automatic stay of 11 U.S.C. § 362 be, and it is hereby, lifted, terminated and annulled as to the Debtor, so as to permit 21st Mortgage to proceed in exercising any and all of its rights and interests relating thereto, including but not limited to repossessing, foreclosing or otherwise realizing upon the 2021 Hamilton, model no. Hodges, manufactured home (hereinafter "Collateral"); bringing any action as may be necessary to put 21st Mortgage and/or persons acting on its behalf in full and complete possession of the Collateral; and taking any and all other actions consistent with repossession or foreclosure of the Collateral with the fourteen (14) day stay of execution of Fed. R. Bankr. Proc. 4001(a)(3) being hereby waived.

**THAT** the Collateral be, and it is hereby, abandoned from the Bankruptcy estate pursuant to 11 U.S.C. § 554.

**THAT** the terms of this Order shall be applicable in any subsequent cases filed by the Debtor under the Bankruptcy Code or upon conversion of this case to any other Chapter under the Bankruptcy Code, and shall be binding upon any successor trustee of the Debtor.

#End of Order#

Submitted by:

_____
Edward E. Lawler, Jr., MSB No. 1095
Lawler Foreman, PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Telefax (601) 572-8440
Email: elawler@lawlerforeman.com