# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51226  **Case Name:** Annie Mae Crosby

**Set:** 12/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter:** Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan, 27 Modified Chapter 13 Plan).  (Dkt. #29)

---

Minute Entry Re: (related document(s): [29] Objection to Confirmation of the Plan filed by David Rawlings) Appearance: Samuel J. Duncan, Jennifer Calvillo. Duncan will submit agreed order. Order due by 12/30/2025. (cwe)