

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   ANNIE MAE CROSBY,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51226-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**OBJECTION TO CONFIRMATION**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation of Plan (Docket No. 29), and the Objection has been resolved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan (Dkt#27) is modified as follows: In 3.1(a), the mortgage arrearage is through August, 2025, with the on-going mortgage resuming in September, 2025; and In Section 5.1, at least $43,000.00 will be paid to the Unsecured Creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a

–1–

final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/Jennifer Calvillo, Attorney
for the Debtor(s)

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net