United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51226-KMS |
| Annie Mae Crosby | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 18, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annie Mae Crosby, 22 BaBa Lane, Bassfield, MS 39421-4375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 20, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | |

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: Dec 18, 2025     Form ID: pdf012     Total Noticed: 1

on behalf of Debtor Annie Mae Crosby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     ANNIE MAE CROSBY,
           DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51226-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**OBJECTION TO CONFIRMATION**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation of Plan (Docket No. 29), and the Objection has been resolved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan (Dkt#27) is modified as follows: In 3.1(a), the mortgage arrearage is through August, 2025, with the on-going mortgage resuming in September, 2025; and In Section 5.1, at least $43,000.00 will be paid to the Unsecured Creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a

–1–

final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/Jennifer Calvillo, Attorney
for the Debtor(s)

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net