United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51226-KMS
Annie Mae Crosby  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 3
Date Rcvd: Dec 19, 2025 | Form ID: n031 | Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annie Mae Crosby, 22 BaBa Lane, Bassfield, MS 39421-4375 |
| codb | + | Thomas Booth, 5502 N. Williamsburg Road, Bassfield, MS 39421-4233 |
| 5549313 | + | Digestive Disease Cent, 100 Methodist Hospital, Hattiesburg, MS 39402-1295 |
| 5549314 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5549315 | + | Franciscan Missionari, 969 Lakeland Dr, Jackson, MS 39216-4606 |
| 5549318 | + | Lendmark Financial Ser, 2549 Whiskey Rd, Aiken, SC 29803-8521 |
| 5549319 | + | Marion Finance, 805 Main St, Columbia, MS 39429-2704 |
| 5549320 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 5549322 | + | Wesley Health System, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5549946 | | Wesley Health System, LLC dba Merit Health Wesley, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebn@21stmortgage.com | Dec 19 2025 19:29:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | ^ | MEBN | Dec 19 2025 19:26:09 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., Lawler Foreman PLLC, Post Office Box 2488, Ridgeland, MS 39158, UNITED STATES 39158-2488 |
| cr | + | Email/Text: wrs@byrdwiser.com | Dec 19 2025 19:29:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5549310 | | Email/Text: ebn@21stmortgage.com | Dec 19 2025 19:29:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5549312 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 19 2025 19:29:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5549314 | | Email/Text: exeter@ebn.phinsolutions.com | Dec 19 2025 19:29:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5555888 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 19:38:24 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5565380 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 19:38:24 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5549317 | | Email/Text: BKRsecure@klsfs.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: n031 | Total Noticed: 21 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 19 2025 19:29:00 | Kls Financial Services, Attn: Bankruptcy, 991 Aviation Parkway, Ste 500, Morrisville, NC 27560 |
| 5549316 | + | Email/Text: melissa.martin@kfcu.org | Dec 19 2025 19:29:00 | Keesler FCU, Attn: Bankruptcy Dept, 2602 Pass Rd, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5556088 | + | Email/Text: melissa.martin@kfcu.org | Dec 19 2025 19:29:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5556308 | | Email/Text: bk@lendmarkfinancial.com | Dec 19 2025 19:29:00 | Lendmark Financial Services LLC, 2118 Usher ST, Covington, GA 30014 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5549321 | *+ | Thomas Booth, 5502 N Williamsburg Rd, Bassfield, MS 39421-4233 |
| 5549311 | ##+ | Covington County Bank, 102 S Dogwood Ave, Collins, MS 39428-4597 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Annie Mae Crosby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Dec 19, 2025 Form ID: n031 Total Noticed: 21
TOTAL: 7

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51226−KMS
**Chapter:** 13

**In re:**

Annie Mae Crosby
fka Annie Mae Booth
22 BaBa Lane
Bassfield, MS 39421

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 12/19/2025 (Dkt. # 54 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: December 19, 2025                                    Danny L. Miller, Clerk of Court