# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51226  **Case Name:** Annie Mae Crosby

**Set:** 01/15/2026 10:30 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay ., Motion to Compel Abandonment . Motion for Adequate Protection Filed by Creditor 21st Mortgage Corporation (Attachments: # 1 Exhibit A - Agreement # 2 Proposed Order)  (Dkt. #45)

Response filed by the Debtor (Dkt. #58)

---

Minute Entry Re: (related document(s): [45] Motion for Relief From Stay filed by 21st Mortgage Corporation) Lawler to submit an Agreed Order. Order due by 01/29/2026. Email received from Lawler's office. (mcc)