___



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: January 27, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BANKRUPTCY CASE NO. 25-51226-KMS
ANNIE MAE CROSBY,
F/K/A ANNIE MAE BOOTH

### AGREED ORDER

THIS MATTER having come on for consideration on the Motion for Relief from Stay and for Other Relief [Dkt # 45] filed on behalf of the creditor, 21st Mortgage Corporation ("21st Mortgage"), and the Response [Dkt # 58] filed by the Debtor, and the Court having considered same and the parties having reached an agreement as to the property, a 2021 Hamilton, model no. Hodges, manufactured home, the Court does hereby find and order as follows:

THAT the Debtor is delinquent in her payments to the Trustee through January, 2026. ~~The plan shall be amended to include the arrearage through January, 2026 and the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order.~~ *21st on-going mortgage has been paid thru Dec 2025* (sjd)

THAT beginning with the February, 2026 payment, the Trustee shall make the ongoing mortgage payments to 21st Mortgage in the amount of $602.33 (which includes escrow as of the date ~~hereof~~). *which will be for the Jan 2026 on-going mortgage* (sjd)

THAT should the Debtor become sixty (60) days delinquent in future payments to the Trustee beginning with the February, 2026 payment, 21st Mortgage will give notice of such fact to the Debtor, with a copy to Debtor's attorney and the Trustee. If, within fourteen (14) days of such notice, the default is not cured, the automatic stay shall immediately terminate as to 21st Mortgage's collateral, without further order of the Court, and 21st Mortgage's collateral will be abandoned from the bankruptcy estate. In connection herewith, 21st Mortgage is not required to give more than two (2)

notices of any default by the Debtor(s) within a one (1)-year period from the date of this Order.

**THAT** Debtor's plan shall be and is hereby amended to pay 21st Mortgage attorneys' fees and court costs in the amount of $599.00 which shall be paid over the remaining term of the plan. The Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order.

**THAT** the stay provisions of Rules 4001 and 7062 of the Federal Rules of Bankruptcy Procedure shall not apply to the provisions of this Agreed Order.

##End of Order##

AGREED AND APPROVED:

*[signature]*

Edward E. Lawler, Jr.
Attorney for 21st Mortgage

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee

| | |
|---|---|
| Movant's attorney: | Edward E. Lawler, Jr.<br>Mississippi Bar No. 1095<br>Post Office Box 2488<br>Ridgeland, MS 39158-2488<br>(601) 572-8778<br>Email: elawler@mckaylawler.com |
| Debtor's attorney: | Thomas Carl Rollins, Jr.<br>Mississippi Bar No. 103469<br>The Rollins Law Firm, PLLC<br>774 Avery Blvd, Ste D<br>Ridgeland, MS 39157<br>(601) 500-5533<br>Email: trollins@therollinsfirm.com |
| Trustee: | David Rawlings<br>Chapter 13 Trustee<br>Post Office Box 566<br>Hattiesburg, MS 39403-0566<br>(601) 582-5011<br>email: samjduncan@gmail.com |