United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 25-51226-KMS

Annie Mae Crosby                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

**Recip ID**                **Recipient Name and Address**
db                          + Annie Mae Crosby, 22 BaBa Lane, Bassfield, MS 39421-4375

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr |  |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Debtor Annie Mae Crosby trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                          BANKRUPTCY CASE NO.  25-51226-KMS
ANNIE MAE CROSBY,
F/K/A ANNIE MAE BOOTH

### AGREED ORDER

THIS MATTER having come on for consideration on the Motion for Relief from Stay and for Other Relief [Dkt # 45] filed on behalf of the creditor, 21st Mortgage Corporation ("21st Mortgage"), and the Response [Dkt # 58] filed by the Debtor, and the Court having considered same and the parties having reached an agreement as to the property, a 2021 Hamilton, model no. Hodges, manufactured home, the Court does hereby find and order as follows:

THAT the Debtor is delinquent in her payments to the Trustee through January, 2026. ~~The~~ 21st on-going mortgage has been paid thru Dec 2025 ~~plan shall be amended to include the arrearage through January, 2026 and the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order.~~

(sjd)

THAT beginning with the February, 2026 payment, the Trustee shall make the ongoing mortgage payments to 21st Mortgage in the amount of $602.33 (which includes escrow as of the date ~~hereof~~). which will be for the Jan 2026 on-going mortgage

(sjd)

THAT should the Debtor become sixty (60) days delinquent in future payments to the Trustee beginning with the February, 2026 payment, 21st Mortgage will give notice of such fact to the Debtor, with a copy to Debtor's attorney and the Trustee. If, within fourteen (14) days of such notice, the default is not cured, the automatic stay shall immediately terminate as to 21st Mortgage's collateral, without further order of the Court, and 21st Mortgage's collateral will be abandoned from the bankruptcy estate. In connection herewith, 21st Mortgage is not required to give more than two (2)

notices of any default by the Debtor(s) within a one (1)-year period from the date of this Order.

THAT Debtor's plan shall be and is hereby amended to pay 21st Mortgage attorneys' fees and court costs in the amount of $599.00 which shall be paid over the remaining term of the plan. The Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order.

THAT the stay provisions of Rules 4001 and 7062 of the Federal Rules of Bankruptcy Procedure shall not apply to the provisions of this Agreed Order.

##End of Order##

AGREED AND APPROVED:

Edward E. Lawler, Jr.
Attorney for 21st Mortgage

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee

Movant's attorney:  Edward E. Lawler, Jr.
Mississippi Bar No. 1095
Post Office Box 2488
Ridgeland, MS 39158-2488
(601) 572-8778
Email: elawler@mckaylawler.com

Debtor's attorney:  Thomas Carl Rollins, Jr.
Mississippi Bar No. 103469
The Rollins Law Firm, PLLC
774 Avery Blvd, Ste D
Ridgeland, MS 39157
(601) 500-5533
Email: trollins@therollinsfirm.com

Trustee:  David Rawlings
Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
(601) 582-5011
email: samjduncan@gmail.com