B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of _____Mississippi_____

In re _____Crosby, Annie_____, Case No. _25-51226_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Capital Enterprise Services, LLC**
Name of Transferee

**Lendmark Financial Services, LLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

    Capital Enterprise Services, LLC
    1111 Brickell Avenue, Floor 10,
    Miami, Florida - 33131

Phone: _____(800) 518-9248_____

Last Four Digits of Acct #: _____3412_____

Court Claim # (if known): **4**
Amount of Claim: **$9,761.46**
Date Claim Filed: **08/27/2025**

Phone: _____(866) 413-8340_____

Last Four Digits of Acct. #: ___3412___

Name and Address where transferee payments should be sent (if different from above):

    Capital Enterprise Services, LLC
    1419 W 12th Pl #105A
    Tempe, AZ 85281

Phone: _____(800) 518-9248_____

Last Four Digits of Acct #: _____3412_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*Shivangi Singh*_____ Date:___7/1/2026___
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.