United States Bankruptcy Court

Southern District of Mississippi

In re:

Annie Mae Crosby

    Debtor

Case No. 25-51226-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 06, 2026 | Form ID: n001 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Annie Mae Crosby, 22 BaBa Lane, Bassfield, MS 39421-4375 |
| cr | + | Capital Enterprise Services, Capital Enterprise Services LLC, 1111 Brickell Avenue, Floor 10, Miami, FL 33131-3112 |
| 5549318 | + | Lendmark Financial Ser, 2549 Whiskey Rd, Aiken, SC 29803-8521 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5556308 | Email/Text: bk@lendmarkfinancial.com | Jul 06 2026 20:36:00 | Lendmark Financial Services LLC, 2118 Usher ST, Covington, GA 30014 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: Jul 06, 2026          Form ID: n001          Total Noticed: 4

Robert Alan Byrd

on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Samuel J. Duncan

on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr

on behalf of Debtor Annie Mae Crosby trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Annie Mae Crosby

**Case No.:** 25−51226−KMS

**Chapter** 13

**To:**  Assignee/Transferee

Capital Enterprise Services LLC
1111 Brickell Avenue, Floor 10,
Miami, FL 31331

**To:**  Assignor/Transferor

Lendmark Financial Services LLC
2118 Usher ST
Covington, GA 30014

## Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Lendmark Financial Services LLC has assigned/transferred its claim in the amount of $9,761.46 (Claim #4) to Capital Enterprise Services LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **July 27, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: July 6, 2026

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790