**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
ANNIE MAE CROSBY
22 BaBa Lane
Bassfield, MS 39421

CHAPTER 13 PROCEEDING:
25-51226 KMS

SSN: XXX-XX-7132

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

WALTHALL COUNTY SCHOOL DISTRICT
ATTN: PAYROLL DEPT
814 MORSE AVE., STE A
TYLERTOWN, MS 39667

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net