United States Bankruptcy Court
Southern District of Mississippi

In re:
Annie Mae Crosby
Debtor

Case No. 25-51226-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 3
Date Rcvd: Oct 06, 2026 | Form ID: ntcds13v | Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annie Mae Crosby, 22 BaBa Lane, Bassfield, MS 39421-4375 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| codb | + | Thomas Booth, 5502 N. Williamsburg Road, Bassfield, MS 39421-4233 |
| 5549313 | + | Digestive Disease Cent, 100 Methodist Hospital, Hattiesburg, MS 39402-1295 |
| 5549315 | + | Franciscan Missionari, 969 Lakeland Dr, Jackson, MS 39216-4606 |
| 5549318 | + | Lendmark Financial Ser, 2549 Whiskey Rd, Aiken, SC 29803-8521 |
| 5549319 | #+ | Marion Finance, 805 Main St, Columbia, MS 39429-2704 |
| 5549320 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 5549322 | + | Wesley Health System, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5549946 | | Wesley Health System, LLC dba Merit Health Wesley, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebn@21stmortgage.com | Oct 06 2026 20:01:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | ^ | MEBN | Oct 06 2026 19:56:13 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., Lawler Foreman PLLC, Post Office Box 2488, Ridgeland, MS 39158, UNITED STATES 39158-2488 |
| cr | ^ | MEBN | Oct 06 2026 19:56:22 | Capital Enterprise Services, Capital Enterprise Services LLC, 1111 Brickell Avenue, Floor 10, Miami, FL 33131-3112 |
| 5549310 | | Email/Text: ebn@21stmortgage.com | Oct 06 2026 20:01:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5692797 | ^ | MEBN | Oct 06 2026 19:56:23 | Capital Enterprise Services LLC, 1111 Brickell Avenue, Floor 10,, Miami, Florida - 31331 United States 33131-3112 |
| 5549312 | + | EDI: CCS.COM | Oct 06 2026 23:56:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5549314 | | Email/Text: exeter@ebn.phinsolutions.com | Oct 06 2026 20:01:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5555888 | + | EDI: AISACG.COM | Oct 06 2026 23:56:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 5565380 | + | EDI: AISACG.COM | Oct 06 2026 23:56:00 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5549317 | | Email/Text: BKRsecure@klsfs.com | Oct 06 2026 20:01:00 | Kls Financial Services, Attn: Bankruptcy, 991 Aviation Parkway, Ste 500, Morrisville, NC 27560 |
| 5549316 | + | Email/Text: melissa.martin@kfcu.org | Oct 06 2026 20:01:00 | Keesler FCU, Attn: Bankruptcy Dept, 2602 Pass Rd, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5556088 | + | Email/Text: melissa.martin@kfcu.org | Oct 06 2026 20:01:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5556308 | | Email/Text: bk@lendmarkfinancial.com | Oct 06 2026 20:01:00 | Lendmark Financial Services LLC, 2118 Usher ST, Covington, GA 30014 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5549321 | *+ | Thomas Booth, 5502 N Williamsburg Rd, Bassfield, MS 39421-4233 |
| 5549311 | ##+ | Covington County Bank, 102 S Dogwood Ave, Collins, MS 39428-4597 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Annie Mae Crosby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

United States Trustee USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form ntcds13v (12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 25−51226−KMS
Chapter: 13

In re:
Annie Mae Crosby
fka Annie Mae Booth
22 BaBa Lane
Bassfield, MS 39421

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−7132

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on October 5, 2026, Annie Mae Crosby (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 70). On October 6, 2026, the court entered an *ex parte* order (Dkt. # 71) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 10/6/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790